**Order entered February 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00646-CR

**ROBERT TRACY WARTERFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-61655-Y**

## ORDER

We **GRANT** the State's January 28, 2013 first motion for extension of time to file the

State's brief. The time to file the State's brief is **EXTENDED** until **March 4, 2013**.

/s/     DAVID EVANS
        JUSTICE